IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                                          CHAPTER 13 CASE
                                                                                                                                                 NO. 08-31571-DHW

**LASHONDA D. CAMPBELL,**
**XXX-XX-6328**

      **Debtor(s).**

---

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

---

## TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to Court Claim #1 (Trustee Claim #3) filed in the above-referenced Chapter 13 case by Williams Used Cars, and as grounds for said objection states as follows:

The creditor filed a secured claim but did not provide proof of a perfected security interest. It is the Trustee's contention that this claim is due to be paid unsecured in that the creditor has not provided proof of security interest or proof of the debt as provided by Rule 3001(d) of the <u>Federal Rules of Bankruptcy Procedure</u>.

WHEREFORE, the Trustee objects to the secured status of Court Claim #1 of Williams Used Cars, and moves this Honorable Court to disallow the creditor's secured claim, but allow the creditor's claim as UNSECURED to be paid pursuant to the terms of the debtor(s) confirmed plan.

Respectfully submitted this 16th day of September 2008.

                                                                             Curtis C. Reding
                                                                             Standing Chapter 13 Trustee

                                                  By:    /s/   Sabrina L. McKinney
                                                                                Sabrina L. McKinney
                                                                                Staff Attorney
                                                                                ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 16th day of September 2008.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

LaShonda D. Campbell
543 Broadway Street
Montgomery, AL 36110

Richard D. Shinbaum, Esq. *(electronic filing)*

Williams Used Cars
4231 State Hwy 21 N.
Burkville, AL 36752-5231

No additional addresses for creditor on creditor matrix

Case 08-31571  Doc 13  Filed 09/16/08  Entered 09/16/08 09:36:03  Desc Main
Document  Page 2 of 2