IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

LASHONDA D CAMPBELL
SSN: XXX-XX-6329

Debtor(s)

Case No. 08-31571-DHW
Chapter 13

TRUSTEE'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby gives notice of withdrawal of the MOTION TO DISMISS previously filed in this case.

Respectfully submitted Monday, September 14, 2009.

                                              Curtic C. Reding, Jr.
                                              Standing Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

By: /s/ *Sabrina L. McKinney*
    Sabrina L. McKinney
    Chapter 13 Staff Attorney

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing MOTION TO DISMISS on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Monday, September 14, 2009.

copy to: Debtor(s)
          Debtor's Attorney
          All Creditors

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Staff Attorney